JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

Jeanette E. Alvarado, State Bar #016111
Asst. Federal Public Defender
Attorney for Defendant
jeanette_alvarado@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-1382-1-PHX-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| Raman Patel, | |
| Defendant. | |

    Defendant, Mr. Patel, by and through counsel, respectfully requests that the Court impose the two year probationary sentence that the U.S. Probation Office is recommending. Mr. Patel is an elderly man with various health issues, and for whom issues of deterrence, danger or other federal sentencing principles, would not be met by imposing any term of incarceration. Mr. Patel has been a law abiding citizen of the United States for many years. He resides in the U.S. with his wife and lives with his adult daughter and her family. His adult daughter supports both her father and mother. His wife has previously been diagnosed with cancer, received treatment and was in remission. Recently, her cancer has returned and given the type of cancer she has, the family has been advised she has a relatively short life expectancy. Mr. Patel and his wife are life-long partners. Incarcerating Mr. Patel at this stage in life when his wife is ill would be cruel.

    Further, there is no reason to believe Mr. Patel would return to doing any of the activity that he is being sentenced for. It is unfortunate that Mr. Patel's son - who is a co-defendant yet to be sentenced - became involved in this scheme and in

turn, involved his elderly father.    Mr. Patel did not only not come up with the scheme, he never knew the full scope of the scheme.  In fact, Mr. Patel benefitted minimally in that his son would marginally pay him - just enough from time to time to cover gasoline expenses and to cover bites to eat or refreshments. There is a tremendous amount of restitution to still be decided - some $400,000 plus - that Mr. Patel certainly did not benefit from.  Given his minimal role, his elderly age, his health ailments, his wife's health condition, the fact that he was "used" by his son, and that would have no ability to repeat this time of behavior, a probationary sentence is appropriate punishment and respectfully requested.

        Respectfully submitted:    January 25, 2018.

                                        JON M. SANDS
                                      Federal Public Defender

                                      *s/Jeanette E. Alvarado*
                                      JEANETTE E. ALVARADO
                                      Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing January 25, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy emailed to:

Charity Rock
U.S. Probation Officer

Copy mailed to:

Raman Patel
Defendant

   *s/sm*